**EXHIBIT**

1A

# BANCO DE DESARROLLO AGROPECUARIO S.A.
## (BANDAGRO)

# Promissory Note I.C.C. - 322

Note N° 7/12
Ref. N° 733                                    Code CARONI

We agree to full responsibility for the wording of the Promissory Note as follows:

Date of Issue: December 7, 1981

Date of Maturity: ten     years after date of issue and 1 (one) day.

For value received, we the undersigned Elbano Fontana Nieves, General Manager and Pascual Puigbo Morales, Legal Adviser

hereby irrevocably and unconditionally without protest or notification promise to pay against this Promissory Note to the order of ==Holder==

the bearer ==Holder==

or holder thereof at maturity and one day from date of issue on December 8, 1991

the sum of ==FIFTY MILLION US DOLLARS============================ in lawful money of the United States of America ($ ==50,000,000.============== United States Dollars)

This Promissory Note is free and clear of deductions for or on account of any taxes, imposts, levies, or duties present or future of any nature imposed under the laws of the government of the

============REPUBLIC OF VENEZUELA================, government banks or any political subdivision thereof or therein.

The borrower promises that if it shall be compelled to make such deductions, then it shall pay such additional amounts as may be necessary to ensure that the new amount received by the lenders shall equal the net amount of this Promissory Note.

*The terms and conditions of this Promissory Note will be governed by and construed in accordance with the laws of Switzerland and additional thereto by the regulations of the International Chamber of Commerce in Paris and the United States Council of the International Chamber of Commerce Brochure "322" last revised edition. The present revision of the Uniform Rules for Collection, dated 1st January, 1979, replaces I.C.C. Publication N° 254. The failure of the holder thereof to exercise any of its rights hereunder in any instance shall not constitute a waiver thereof in that or any other instance.*

The borrower hereby certifies and declares that all acts, conditions, and things have happened precedent to the creation and issue of this note and constitute this note the valid obligation of the borrower in accordance with its terms have been done and performed.

And additional thereto by the regulations of (Force Majeure) and the International Chamber of Commerce in Paris, France, brochure "322" last revised edition to all rights arising from the ownership of this Promissory Note that is freely transferrable, assignable, and divisible.

Borrower: BANCO DE DESARROLLO AGROPECUARIO S.A. (BANDAGRO)

By _____    By _____
   ELBANO FONTANA NIEVES         PASCUAL PUIGBO MORALES
       General Manager               Legal Adviser

Guarantee Collateral: I, Waldemar Cordero Vale, venezuelan, diplomatic Passport N° 659/79, by virtue of the powers vested in me as State Interventor of BANCO DE DESARROLLO AGROPECUARIO S. A. (BANDAGRO) by the Minister of Hacienda, Republic of Venezuela, I hereby irrevocably and unconditionally guarantee the payment of this promissory note on the due date.

I confirm that all engagement of BANDAGRO have the explicit backing of the National Government of the Republic of Venezuela according to the letter from Minister of Hacienda number 733 dated November 5, 1981

_____
WALDEMAR CORDERO VALE
     Interventor

We the undersigned officers of the

acknowledge receipt of collateral described above herein and attached hereto and made a part of this note, do hereby irrevocably and unconditionally affirm its genuineness, which have been officially delivered and transferred and assigned in full accordance with all regulations involved and required, herein above, this ............

                                    day of                                    19......

Notary Public

By ..........................................
                  Name                                  Title

By ..........................................
                  Name                                  Title

Trustee (Collecting Bank)

On behalf of the beneficiary of said Promissory Note instrument on the reverse side hereof, the undersigned TRUSTEE, acknowledge the acceptance of said Collateral, subject to instructions from said beneficiary of said Promissory Note, this                       day of                                19.....

By: ..........................................
                  Name                                  Title

By: ..........................................
                  Name                                  Title

Beneficiary's Ixxxxxxxx    GRUPPO TRIAD FFC SpA

By:  Paolo Pavanelli                                  Vice-director
                  Name                                  Title

Autorized Signature of Lender's Representative, (TRUSTEE)

Dated: 27.11.2000                    19.....

*[Signature and seal: GRUPPO TRIAD - FFC S.P.A. CORPORATE SEAL 1991 PANAMA]*

# Promissory Note

I.C.C. - 322



TRADUCCION

HACEMOS CONSTAR QUE: El presente texto no constituye una obligación de pagar, pues sólo se trata de una traducción del pagaré original, que redactado en idioma inglés aparece en la cara anterior bajo el mismo número:

## Banco de Desarrollo Agropecuario S.A. (BANDAGRO)
## PAGARE (I.C.C. - 322)

Pagaré Nº ..........................

Ref. Nº ..........................................................................

Código: ............................................................................................

Acordamos la responsabilidad total del contenido de este pagaré como sigue:

Fecha de emisión: .................................... Fecha de vencimiento: ............................................ años, a partir de la fecha de emisión y un día.

Por valor recibido, nosotros los suscritos: ELBANO FONTANA NIEVES, GERENTE GENERAL Y PASCUAL PUIGBO MORALES; ASESOR LEGAL Y ADMINISTRATIVO, aquí irrevocable e incondicionalmente, sin protesto ni aviso, prometemos pagar contra este pagaré, a la orden del portador o del propietario,

a la fecha de vencimiento y un día, a partir de la fecha de emisión: ................................., la suma de

..................................................................................................................

en moneda legal de los Estados Unidos de América ($ .......................................) Dólares Americanos). Este pagaré es neto y libre de deducciones, en relación a cualquier impuesto, contribución, recaudaciones o deberes presentes o futuros de cualquier naturaleza, impuestos bajo las leyes del Gobierno de la REPUBLICA DE VENEZUELA, bancos gubernamentales o cualquier subdivisión política de aquél o aquéllos.

El Prestatario promete que si se hace necesario hacer tales deducciones, entonces tendrá que pagar tantos montos adicionales como sea necesario para asegurar que la nueva suma recibida por el prestamista sea igual al monto neto de este pagaré.

Los términos y condiciones de este pagaré se regirán y constituirán de acuerdo con las leyes de Suiza y también por medio de las regulaciones de la Cámara Internacional de Comercio en París y el Concejo de los Estados Unidos de la Cámara Internacional de Comercio, Folleto "322", última edición. La presente revisión de las Regulaciones Uniformes para Recolecciones, fechadas el 1º de enero de 1979, sustituye al Nº 254 de la publicación I.C.C. La omisión del poseedor de éste, en ejercer todos los derechos aquí estipulados de ninguna manera constituirá un privilegio en aquello o en ninguna otra instancia.

El Prestatario por medio de la presente certifica y declara que todos los actos, condiciones y hechos que han ocurrido con anterioridad a la creación y emisión de este pagaré lo constituyen en una obligación válida del prestamista de acuerdo con los términos que han sido formulados y acordados.

Y además sujeta a las regulaciones de ("fuerza mayor") y la Cámara Internacional de Comercio de París, Francia, folleto "322" última edición revisada, y a todos los derechos que se derivan de la propiedad de este pagaré que es libremente transferible, asignable y divisible.

Prestatario: BANCO DE DESARROLLO AGROPECUARIO S.A. (BANDAGRO).

Por: _____  Por: _____
ELBANO FONTANA NIEVES            PASCUAL PUIGBO MORALES
General Manager                  Asesor Legal y Administrativo

Garantía collateral: Yo, Waldemar Cordero Vale, venezolano, con Pasaporte Diplomático Nº 659/79, en virtud de los poderes que como Interventor del BANCO DE DESARROLLO AGROPECUARIO S. A. (BANDAGRO) he recibido del Ministro de Hacienda, República de Venezuela, por la presente irrevocable e incondicionalmente garantizo el pago de esta nota promisoria en su fecha de vencimiento, y confirmo que todos los compromisos de BANDAGRO tienen el soporte explícito del Gobierno Nacional de la República de Venezuela, de acuerdo con la carta del Ministerio de Hacienda, número ........................ del .......... de .................................... de 198...., anexa.

_____
WALDEMAR CORDERO VALE
Interventor

Vista la solicitud que antecede y el oficio librado por el Consultor Jurídico del Ministerio de Finanzas distinguido FCJ-E de fecha 7 de marzo del corriente año presentado por la abogada Hepsie Hurtado funcionaria autorizada para practicar in situ esta diligencia, se trasladó y constituyó el ciudadano Antonio Hernandez Borgo en su carácter de Cónsul de la República Bolivariana de Venezuela en la ciudad de Miami, en las oficinas del HSBC Republic Bank en la siguiente dirección: 2954 Aventura Boulevard Fl. 33180, y se deja constancia autentica de lo siguiente: El abogado Miguel Jacir H., mayor de edad, domiciliado en Caracas y portador de la cedula de identidad No. 1.752.143, procediendo como apoderado de la sociedad mercantil domiciliada en Panamá Gruppo Triad FFC-SPA según instrumento que exhibió, solicitó a la funcionaria competente del banco, abrir una caja de seguridad donde se encuentran depositados los 8 documentos que a continuación se describen: Consisten en 8 originales denominados Promissory Notes numerados 1-12, 2-12, 3-12, 4-12, 5-12, 6-12, 7-12, y 8-12 todas del código Caroní, serie ICC-322, referencia 733 libradas y aceptadas en fecha 7 de diciembre de 1981 por la República de Venezuela a través del Banco de Desarrollo Agropecuario BANDAGRO, para ser pagadas a los diez años, al portador, cada una de ellas por la cantidad de US $ 50.000.000 y todos firmados en original por los señores Elbano Fontana Nieves, Pascual Puigbó Morales y Waldemar Cordero Vale quienes actuaron como General Manager, Legal Adviser e Interventor, respectivamente del nombrado banco. Dichos titulos no presentan alteración alguna, están contenidos en papel especial de seguridad bancaria y se constata la autenticidad, además de los sellos húmedos utilizados por dicho banco, los sellos secos característicos de este tipo de documento. Cada uno de los titulos consta de cuatro caras editadas tipo páginas de un libro. En su cara principal el título está expresado en idioma inglés y al dorso su traducción al castellano. Se adjunta una copia de esta acta a cada una de las Promissory Notes, como parte integrante de los respectivos títulos y como comprobación de que se trata de los documentos auténticos.

OFFICIAL NOTARY SEAL
ARIEL SILVA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO DD123023
MY COMMISSION EXP. JUNE 9,2006



Ciudadano
Cónsul de la Republica Bolivariana de Venezuela en Miami, Fl.
Miami. Fl.

Yo, HEPSIE HURTADO, venezolana, abogada, domiciliada en Caracas y aquí en mision del Ministerio de Finanzas de la República Bolivariana de Venezuela, solicito atentamente a su despacho, se sirva trasladarse a las oficinas del HSBC REPUBLIK BANK, en la siguiente dirección: 2954 Aventura Boulevard Fl. 33180, para dejar autentica constancia de que en una caja de seguridad de dicho banco se encuentran las notas promisorias referidas en el oficio que consigno, emanado del Consultor Jurídico del Ministerio de Finanzas distinguido FCJ-E de fecha 7 de marzo del corriente
Es Justicia . Miami 10 de marzo de 2003.

OFFICIAL NOTARY SEAL
ARIEL SILVA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD123323
MY COMMISSION EXP. JUNE 9,2006

NOTARY I.D. NO. 975152

COMMISSION NO. DD 123323

# STATE OF FLORIDA
## Executive Department

I, Jeb Bush, Governor of Florida, by virtue of the authority vested in me by the Constitution and Laws of this State, do hereby commission

### Ariel Silva

to be

### NOTARY PUBLIC

in and for the State of Florida from June 10, 2002 through June 9, 2006 and in the Name of the People of the State of Florida to have, hold and exercise the said office and all the powers and responsibilities appertaining thereto, and to receive the privileges and emoluments thereof in accordance with the law.

In Testimony Whereof, I do hereunto set my hand and cause to be affixed the Great Seal of the State, Tallahassee, Florida.

*Jeb Bush*
Governor

*Katherine Harris*
Secretary of State