EXHIBIT

ALL-STATE LEGAL

1 B

# BANCO DE DESARROLLO AGROPECUARIO S.A.
## (BANDAGRO)

**Promissory Note** I.C.C. - 322   *NR.6848*

Note Nº 8/12
Ref. Nº 733 ................................................. Code CARONI
We agree to full responsibility for the wording of the Promissory Note as follows:
Date of Issue: December 7,1981
Date of Maturity: **ten** years after date of issue and 1 (one) day.
For value received, we the undersigned Elbano Fontana Nieves,General Manager and
Pascual Puigbo Morales, Legal Adviser
hereby irrevocably and unconditionally without protest or notification promise to pay against this Promissory
Note to the order of ==Holder==
the bearer ==Holder==
or holder thereof at maturity and one day from date of issue on December 8,1991 ............................
the sum of ==FIFTY MILLION US DOLLARS=========================== in lawful
money of the United States of America ($ ==50,000,000.=============== United States Dollars)
This Promissory Note is free and clear of deductions for or on account of any taxes, imposts, levies, or duties
present or future of any nature imposed under the laws of the government of the ... .....................
============REPUBLIC OF VENEZUELA================ government banks or any
political subdivision thereof or therein.

The borrower promises that if it shall be compelled to make such deductions, then it shall pay such additional
amounts as may be necessary to ensure that the new amount received by the lenders shall equal the net
amount of this Promissory Note.

*The terms and conditions of this Promissory Note will be governed by and construed in accordance with the
laws of Switzerland and additional thereto by the regulations of the International Chamber of Commerce in
Paris and the United States Council of the International Chamber of Commerce Brochure "322" last revised
edition. The present revision of the Uniform Rules for Collection, dated 1st January, 1979, replaces I.C.C.
Publication Nº 254. The failure of the holder thereof to exercise any of its rights hereunder in any instance
shall not constitute a waiver thereof in that or any other instance.*

The borrower hereby certifies and declares that all acts, conditions, and things have happened precedent to the
creation and issue of this note and constitute this note the valid obligation of the borrower in accordance with
its terms have been done and performed.

And additional thereto by the regulations of (Force Majeure) and the International Chamber of Commerce in
Paris, France, brochure "322" last revised edition to all rights arising from the ownership of this Promissory
Note that is freely transferrable, assignable, and divisible.

Borrower: BANCO DE DESARROLLO AGROPECUARIO S.A. (BANDAGRO)

By: _____                    By: _____
    ELBANO FONTANA NIEVES                            PASCUAL PUIGBO MORALES
        General Manager                                  Legal Adviser

Guarantee Collateral: I, Waldemar Cordero Valé, venezuelan, diplomatic Pasaport Nº 659/79, by virtue of the
powers vested in me as State Intercentor of BANCO DE DESARROLLO AGROPECUARIO S. A.
(BANDAGRO) by the Minister of Hacienda, Republic of Venezuela, I hereby irrevocably and unconditionn
ally guarantee the payment of this promissory note on the due date.

I confirm that all engagement of BANDAGRO have the explicit backing of the National Government of the
Republic of Venezuela according to the letter from Minister of Hacienda number ......733......................
dated November 5, 1981 198__.

_____
WALDEMAR CORDERO VALÉ
        Intercentor

We the undesigned officers of the ...... ......... ........... ................ ......... .........

acknowledge receipt of collateral described above herein and attached hereto and made a part of this note, do hereby irrevocably and unconditionally affirm its genuineness, which have been officially delivered and transferred and assigned in full accordance with all regulations involved and required, herein above, this ..............

........... ........... ........... ........... ........... day of ........... ........... ........... ........... ........... 19.......

Notary Public

By: ........... ........... ........... ........... ........... ........... ........... ........... ........... ........... ...........
                      Name                                   Title

By: ........... ........... ........... ........... ........... ........... ........... ........... ........... ........... ...........
                      Name                                   Title

Trustee: (Collecting Bank) ........... ........... ........... ........... ........... ........... ........... ...........

........... ........... ........... ........... ........... ........... ........... ........... ........... ........... ...........

On behalf of the beneficiary of said Promissory Note instrument on the reverse side hereof, the undersigned TRUSTEE, acknowledge the acceptance of said Collateral, subject to instructions from said beneficiary of said Promissory Note, this ........... ........... ........... ........... day of ........... ........... ........... ........... 19......

By: ........... ........... ........... ........... ........... ........... ........... ........... ........... ........... ...........
                      Name                                   Title

By: ........... ........... ........... ........... ........... ........... ........... ........... ........... ........... ...........
                      Name                                   Title

Beneficiary's ~~INSTITUTE~~: GRUPPO TRIAD FFC SpA

By: Paolo Pavanelli                                     Vice-director
                    Name                                   Title

Autorized Signature of Lender's Representative, (TRUSTEE)

Dated: ..27.11.2000........... ........... 19......

# Promissory Note

## I.C.C. - 322



---

**HACEMOS CONSTAR QUE:** El presente texto no constituye una obligación de pagar, pues sólo se trata de una traducción del pagaré original, que redactado en idioma inglés aparece en la cara anterior bajo el mismo número:

## Banco de Desarrollo Agropecuario S.A. (BANDAGRO)
### PAGARE (I.C.C. - 322)

Pagaré Nº ..........................

Ref. Nº .................................................................................................................

Código: ...............................................................

Acordamos la responsabilidad total del contenido de este pagaré como sigue:

Fecha de emisión: ............................ Fecha de vencimiento: ........................... años, a partir de la fecha de emisión y un día.

Por valor recibido, nosotros los suscritos: ELBANO FONTANA NIEVES, GERENTE GENERAL Y PASCUAL PUIGBO MORALES, ASESOR LEGAL Y ADMINISTRATIVO, aquí irrevocable e incondicionalmente, sin protesto ni aviso, prometemos pagar contra este pagaré, a la orden del portador o del propietario,

a la fecha de vencimiento y un día, a partir de la fecha de emisión: ........................., la suma de ................................................................................................................

en moneda legal de los Estados Unidos de América ($ .................................) Dólares Americanos. Este pagaré es neto y libre de deducciones, en relación a cualquier impuesto, contribución, recaudaciones o deberes presentes o futuros de cualquier naturaleza, impuestos bajo las leyes del Gobierno de la REPUBLICA DE VENEZUELA, bancos gubernamentales o cualquier subdivisión política de aquél o aquéllos.

El Prestatario promete que si se hace necesario hacer tales deducciones, entonces tendrá que pagar tantos montos adicionales como sea necesario para asegurar que la nueva suma recibida por el prestamista sea igual al monto neto de este pagaré.

Los términos y condiciones de este pagaré se regirán y constituirán de acuerdo con las leyes de Suiza y también por medio de las regulaciones de la Cámara Internacional de Comercio en París y el Concejo de los Estados Unidos de la Cámara Internacional de Comercio, Folleto "322", última edición. La presente revisión de las Regulaciones Uniformes para Recolecciones, fechadas el 1º de enero de 1979, sustituye al Nº 254 de la publicación I.C.C. La omisión del poseedor de éste, en ejercer todos los derechos aquí estipulados de ninguna manera constituirá un privilegio en aquello o en ninguna otra instancia.

El Prestatario por medio de la presente certifica y declara que todos los actos, condiciones y hechos que han ocurrido con anterioridad a la creación y emisión de este pagaré lo constituyen en una obligación válida del prestamista de acuerdo con los términos que han sido formulados y acordados.

Y además sujeta a las regulaciones de ("fuerza mayor") y la Cámara Internacional de Comercio de París, Francia, folleto "322" última edición revisada, y a todos los derechos que se derivan de la propiedad de este pagaré que es libremente transferible, asignable y divisible.

Prestatario: BANCO DE DESARROLLO AGROPECUARIO S.A. (BANDAGRO).

Por: _____   Por: _____
ELBANO FONTANA NIEVES           PASCUAL PUIGBO MORALES
General Manager                 Asesor Legal y Administrativo

Garantía collateral: Yo, Waldemar Cordero Vale, venezolano, con Pasaporte Diplomático Nº 659/79, en virtud de los poderes que como Interventor del BANCO DE DESARROLLO AGROPECUARIO S. A. (BANDAGRO) he recibido del Ministro de Hacienda, República de Venezuela, por la presente irrevocable e incondicionalmente garantizo el pago de esta nota promisoria en su fecha de vencimiento, y confirmo que todos los compromisos de BANDAGRO tienen el soporte explícito del Gobierno Nacional de la República de Venezuela de acuerdo con la carta del Ministerio de Hacienda, número ........................ del .......... de ........................ de 198...., anexa.

Vista la solicitud que antecede y el oficio librado por el Consultor Jurídico del Ministerio de Finanzas distinguido FCJ-E de fecha 7 de marzo del corriente año presentado por la abogada Hepsie Hurtado funcionaria autorizada para practicar In situ esta diligencia, se trasladó y constituyó el ciudadano Antonio Hernandez Borgo en su carácter de Cónsul de la República Bolivariana de Venezuela en la ciudad de Miami, en las oficinas del HSBC Republic Bank en la siguiente dirección: 2954 Aventura Boulevard Fl. 33180, y se deja constancia auténtica de lo siguiente: El abogado Miguel Jacir H., mayor de edad, domiciliado en Caracas y portador de la cedula de identidad No. 1.752.143, procediendo como apoderado de la sociedad mercantil domiciliada en Panamá Gruppo Triad FFC-SPA según instrumento que exhibió, solicitó a la funcionaria competente del banco, abrir una caja de seguridad donde se encuentran depositados los 8 documentos que a continuación se describen: Consisten en 8 originales denominados Promissory Notes numerados 1-12, 2-12, 3-12, 4-12, 5-12, 6-12, 7-12, y 8-12 todas del código Caroní, serie ICC-322, referencia 733 libradas y aceptadas en fecha 7 de diciembre de 1981 por la República de Venezuela a través del Banco de Desarrollo Agropecuario BANDAGRO, para ser pagadas a los diez años, al portador, cada una de ellas por la cantidad de US $ 50.000.000 y todos firmados en original por los señores Elbano Fontana Nieves, Pascual Puigbó Morales y Waldemar Cordero Vale quienes actuaron como General Manager, Legal Adviser e Interventor, respectivamente del nombrado banco. Dichos títulos no presentan alteración alguna, están contenidos en papel especial de seguridad bancaria y se constata la autenticidad, además de los sellos húmedos utilizados por dicho banco, los sellos secos característicos de este tipo de documento. Cada uno de los títulos consta de cuatro caras editadas tipo páginas de un libro. En su cara principal el título está expresado en idioma inglés y al dorso su traducción al castellano. Se adjunta una copia de esta acta a cada una de las Promissory Notes, como parte integrante de los respectivos títulos y como comprobación de que se trata de los documentos auténticos.

OFFICIAL NOTARY SEAL
ARIEL SILVA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO DD123023
MY COMMISSION EXP. JUNE 8,2006



REPUBLICA DE VENEZUELA

CONSULADO
GENERAL EN
MIAMI

No 3008963

Se legaliza la firma que antecede del
Señor .. KATHERINE HARRIS ..
... Secretario de Estado de......
Florida, EE.UU.

Sin prejuzgar acerca de ningún otro
extremo de fondo ni de forma.

1 0 MAR 2003

Miami, ...... de ................. de 20 .....

Antonio J Hernandez Borgo
Consul General

DERECHOS CONSULARES CANCELADOS
PLANILLA # 126636 DE FECHA 1 0 MAR 2003

Ciudadano

Cónsul de la Republica Bolivariana de Venezuela en Miami. Fl.

Miami. Fl.

Yo, HEPSIE HURTADO, venezolana, abogada, domiciliada en Caracas  y aquí en mision del Ministerio de Finanzas de la República Bolivariana de Venezuela, solicito atentamente a su despacho,  se sirva trasladarse a las oficinas del HSBC REPUBLIK BANK, en la siguiente dirección: 2954 Aventura Boulevard Fl. 33180,   para dejar autentica constancia de que en una caja de seguridad de dicho banco se encuentran las notas promisorias referidas en el oficio que consigno, emanado del Consultor Jurídico del Ministerio de  Finanzas distinguido FCJ-E de fecha 7 de marzo del corriente

Es  Justicia . Miami 10 de marzo de 2003.

OFFICIAL NOTARY SEAL
ARIEL SILVA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD123323
MY COMMISSION EXP. JUNE 9,2006

NOTARY I.D. NO.
975152

COMMISSION NO.
DD 123323

# STATE OF FLORIDA

### Executive Department

I, Jeb Bush, Governor of Florida, by virtue of the authority vested in me
by the Constitution and Laws of this State,
do hereby commission

## Ariel Silva

to be

### NOTARY PUBLIC

in and for the State of Florida
from June 10, 2002 through June 9, 2006 and in the
Name of the People of the State of Florida to have, hold and exercise the said office and
all the powers and responsibilities appertaining thereto, and to receive the privileges
and emoluments thereof in accordance with the law.
In Testimony Whereof, I do hereunto set my hand and cause to be affixed the
Great Seal of the State, Tallahassee, Florida.

_Jeb Bush_
Governor

_Katherine Harris_
Secretary of State