# EXHIBIT I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DRFP L.L.C. d/b/a SKYE** | : | |
| **VENTURES,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 02:04-cv-793** |
| | : | |
| **v.** | : | **Judge Sargus** |
| | : | |
| **THE REPUBLICA BOLIVARIANA** | : | **Magistrate Judge Kemp** |
| **DE VENEZUELA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF DAVID J. RICHARDS

State of Ohio
County of Franklin, SS:

   I, David J. Richards, herby submit the following affidavit and state under oath and penalty of perjury as follows:

   1. I am an attorney and entrepreneur with a long history of owning, operating and investing in very successful business ventures.

   2. I have an accounting degree from Wright State University and earned my Juris Doctor degree from The Ohio State University College of Law in 1977.

   3. I have successfully founded, owned and operated public and private companies since 1987 and have identified, presented, and led numerous investment transactions.

   4. Since 2001, I have primarily focused on leading investments involving distressed and high-debt companies. Since 2003, my investment activities have primarily been initiated through an entity doing business as Empire Advisors, LLC ("Empire"). Empire is an

investment organization that focuses on mezzanine and senior secured investments in public and privately held companies. I currently hold a position as Chairman of Empire.

5.      Empire typically creates an independent special purpose entity or investment entity to hold each of its investments, which are terminated when the transaction is complete. Empire currently has approximately seven such entities, with investments in mining, financial, software, and medical sectors.

6.      As one example, I recently established Skye Mineral Partners, LLC to purchase the assets of a copper mine in Utah out of Chapter 11 bankruptcy. My partners in the purchase and operation of Skye Mineral Partners, LLC are billion dollar companies.[1] *See* http://www.themiddlemarket.com/news/the_weekly_wrap_march_2-227935-1.html?pg=2.

7.      Prior to managing and running my investment group, I was an attorney and partner for the law firm of Crabbe Brown & James, LLP (formerly Crabbe, Brown, Jones, Potts & Schmidt). I left the practice of law to fund Neuromedical Systems, Inc. and to serve as President and CEO of Papnet of Ohio, Inc.[2] I served as President and CEO of Papnet of Ohio, Inc. from 1989 until 1996.

8.      Thereafter, I served as the President, CEO, and Director of NetMed, Inc. Papnet of Ohio, Inc. was an Ohio company that was originally organized in 1989 for the purpose of funding and owning Neuromedical Systems and acquiring the rights in Ohio to market the PAPNET® Testing System. In 1996, NetMed, Inc., Papnet of Ohio, Inc., and several other

---

[1]      Currently, I also serve as the chief executive officer of N8 Medical, Inc. a successful private equity-backed company that is focused on the commercial development of a novel class of compounds known as ceragenins for medical device and pharmaceutical applications. *See* http://www.n8medical.com/index.html.
[2]      Specifically, Papnet of Ohio, Inc. was engaged in the business of acquiring, developing, and marketing medical and health-related technologies. Papnet of Ohio, Inc.'s, principle business activity related to marketing of the PAPNET® Testing System, which is a semi-automated cancer detection system for the review of cell, tissue or body fluid specimens, including cervical cytology specimens.

companies merged. Netmed, Inc. was the surviving corporation in the merger. Through the

assistance of the firm now serving as Venezuela's local counsel in this case, NetMed, Inc.

completed the above-mentioned merger and became a publicly traded company.

9.      While at NetMed, Inc., its equity market value increased by nearly $200

million and we completed several acquisitions and licensing transactions.

10.     I left NedMed, Inc. in approximately 1997, later starting and funding a

company known as Preventive Imaging Technology ("PIT"). PIT was funded with

approximately 30 million dollars. At its peak, PIT employed approximately 200 people and

rapidly expanded into several states across the Unites States. I personally guaranteed much of

the PIT funding, and unfortunately, when the company failed, I was forced to declare personal

bankruptcy.

11.     Following my petition for personal bankruptcy in 2002, I founded DRFP,

LLC (d/b/a/ Skye Ventures, LLC) and EmpireMeds, LLC (d/b/a Empire Advisors, LLC).

12.     DRFP, LLC is an Ohio Limited Liability Company formed in August

2003. In November 2003, DRFP, LLC began doing business as Skye Ventures. Since the filing

of this lawsuit, DRFP, LLC has changed its name to Skye Ventures, LLC (DRFP, LLC and Skye

Ventures, LLC hereinafter collectively referred to as "Skye").

13.     Skye was the special purpose entity that ultimately pursued the investment

in Bandagro notes, and specifically, the Bandagro notes involved in the above-captioned case.

14.     Skye's office and registered agent are in Columbus, Ohio. The corporate

documents Skye filed with the Ohio Secretary of State are attached hereto. [Exhibit A, Skye

Documents].

15.     Both Empire and Skye were formed and created <u>before</u> the Ministry of Finance submitted its report to the Attorney General; <u>before</u> I knew of any ICC 322 or ICC 290 promissory notes issued by Banco de Desarrollo Agropecuario ("Bandagro"); <u>before</u> I was approached regarding purchasing ICC 322 or ICC 290 promissory notes issued by Bandagro; <u>before</u> the Attorney General issued her October 2003 final and binding decision; and <u>before</u> I decided to purchase any Promissory Notes.

16.     Shortly after Empire and Skye were formed, and while Skye and Empire were exploring investment opportunities, I learned of the opportunity to purchase ICC 290 and ICC 322 promissory notes issued by Bandagro.

17.     After careful investigation, which included obtaining opinion letters from a former Venezuelan Supreme Court justice and several other legal scholars, I concluded that purchasing certain Bandagro notes would be an appropriate investment.  Skye purchased its notes only after it received confirmation that the Venezuelan Ministry of Finance and the Venezuelan Attorney General had validated the notes.

18.     In addition to obtaining multiple legal opinions regarding Bandagro notes, Skye's diligence prior to purchasing any Bandagro notes included reviewing thousands of pages documents.

19.     After completing several months of substantial diligence on, *inter alia*, Bandagro, ICC 290 and ICC 322 Bandagro promissory notes, James Pavanelli, and Miguel Jacir, Skye decided to purchase two Bandagro ICC 322 promissory notes.  Specifically, in 2004, and in reliance on the October 2003 decision declaring certain specific Bandagro ICC 290 and ICC 322 promissory notes valid and binding obligations of the Republic of Venezuela, Skye purchased

Bandagro notes bearing numbers 7/12 and 8/12 totaling One Hundred Million Dollars ($100,000,000.00 US) (the "Notes").

20.     Skye did not "travel abroad to purchase an interest in the notes," as defendants claim. Skye executed the Purchase Agreement and purchased the Notes from its office in Columbus, Ohio. Indeed, the Purchase Agreement provided to defendants in discovery states: "This Agreement is entered into on April 8, 2004 between Gruppo Triad FCC, S.P.A. […] and Skye Ventures […] in Columbus, Ohio, USA." Further, the Purchase Agreement states "Gruppo and Pavanelli have provided certain documents regarding the Bandagro Notes to Skye through its representatives in the United States." The Notes purchased by Skye are held in Columbus, Ohio.

21.     Skye is the owner, holder and bearer of the Notes. James Pavanelli and Gruppo Triad-FCC S.P.A/S.A. do not own the Notes.

22.     In June 2004, Skye sent to the Venezuelan Minister of Finance a proper demand for payment of the Notes. Skye instructed that payment be sent to Skye's bank in Columbus, Ohio.

23.     When payment was not received, Skye filed this lawsuit in Columbus, Ohio in the United States District Court for the Southern District of Ohio for Venezuela's failure to honor its contractual obligations.

24.     The claim that Skye is a front for foreign interests is absurd. The only interest that Skye represents in this lawsuit is its own.

25.     Skye is the sole owner of the Notes, and Notes 7/12 and 8/12 are the only Bandagro notes Skye owns. Contrary to defendants' assertion, Bandagro note 9/12 is currently owned by a separate entity that is not a party to this lawsuit.

- 5 -

26.     In recent years, Venezuela has become increasingly aggressive regarding claims for payment of Bandagro notes, and in an effort to avoid payment and intimidate people, it appears the government now pursues criminal actions against anyone associated in any way with the presentation of such notes for payment.

27.     As a result of the Venezuelan government's stance, I believe I would be persecuted by the Venezuelan government if I traveled to Venezuela.

28.     I am concerned for my safety if forced to litigate this matter in Venezuela. I am especially concerned because Venezuela's own attorneys are now taking the position that Skye is merely a front for foreign interests, and that Skye has a relationship with James Pavanelli and Gruppo Triad-FCC S.P.A/S.A. beyond Skye's dealings with them to acquire the Notes.

29.     Making matters worse, according to Waldemar Cordero Vale -- signatory to the Notes, former intervenor and president of Bandagro, and close relative of a politically powerful individual who previously served as Venezuela's Vice President -- there is an order to arrest anyone who is in possession of ICC Bandagro notes. It is my understanding that Venezuelan authorities have already arrested individuals who have attempted to collect on Bandagro notes or merely assisted others in trying to collect on the Bandagro notes.

30.     Based on the foregoing, I am unwilling to travel to Venezuela to prosecute or otherwise pursue Skye's claims.

31.     Further, I have reviewed defendants' supplemental brief regarding forum non conveniens, which contains several inaccurate statements. I am not in weekly contact with Siro Schianchi. As Skye's representative, I occasionally communicate with Mr. Schianchi to obtain information regarding the Bandagro proceedings in Switzerland. It would be accurate to say that my dealings with Mr. Schianchi are intermittent and sporadic, at best.

- 6 -

32.     Further Mr. Schianchi's characterization of the consideration Skye paid for the Notes is also inaccurate.  Skye acquired ownership of the notes.  A lawsuit was filed by Skye only after Venezuela failed to honor its contractual obligations and after Skye consulted with numerous legal experts.

33.     Further, Skye did not hire attorneys to participate in the Swiss proceedings involving Mr. Schianchi.  Skye briefly hired counsel in Switzerland to monitor those proceedings.  Skye no longer has counsel in Switzerland.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____

David J. Richards

Sworn to before me and subscribed in my presence this ____ day of April, 2012.

_____

Notary Public

Charles H. Cooper, Jr.
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

- 7 -

Doc ID --> 200322000422

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 08/08/2003 | 200322000422 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | .00 | .00 | .00 | .00 |

### Receipt

This is not a bill. Please do not remit payment.

GLORIA J. RICHARDS
7964 HOLYROOD CT.
DUBLIN, OH 43017

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

### 1404106

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**DELRIO FAMILY PARTNERSHIP, LLC**

and, that said business records show the filing and recording of:

Document(s)                                     Document No(s):

**ARTICLES OF ORGANIZATION/DOM. LLC**          **200322000422**



Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 7th day of August, A.D.
2003.

*J. Kenneth Blackwell*

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State

Doc ID -->     200322000422



Prescribed by **J. Kenneth Blackwell**

Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us



<table>
<tr><td colspan="2">Expedite this Form: (Select One)</td></tr>
<tr><td>○ Yes</td><td>PO Box 1390<br>Columbus, OH 43216<br>*** Requires an additional fee of $100 ***</td></tr>
<tr><td>○ No</td><td>PO Box 670<br>Columbus, OH 43216</td></tr>
</table>

## ORGANIZATION / REGISTRATION OF
## LIMITED LIABILITY COMPANY
### (Domestic or Foreign)
### Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Articles of Organization for<br>Domestic Limited Liability Company<br>(115-LCA)<br>ORC 1705 | (2) ☐ Application for Registration of<br>Foreign Limited Liability Company<br>(106-LFA)<br>ORC 1705 |
|---|---|
| | (Date of Formation) _____ (State) _____ |

**Complete the general information in this section for the box checked above.**

Name     DelRio Family Partnership, LLC _____

☐ **Check here if additional provisions are attached**

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, Ltd, L.td., LLC, L.L.C.

**Complete the information in this section if box (1) is checked.**

Effective Date  (Optional)     _____     Date specified can be no more than 90 days after date of filing.  If a date is specified,
                               (mm/dd/yyyy)           the date must be a date on or after the date of filing.

This limited liability company shall exist for _____
(Optional)                                          (Period of existence)

Purpose     _____
(Optional)  _____
            _____
            _____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws
of this limited liability company is

(Optional)  _____
            (Name)
            _____
            (Street)          NOTE: P.O. Box Addresses are NOT acceptable.
            _____
            (City)                      (State)          (Zip Code)

533                          Page 1 of 3                    Last Revised:  May 2002

Doc ID -->     200322000422

---

Complete the information in this section if box (1) is checked Cont.

## ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member, manager or representative of

DelRio Family Partnership, LLC
<br>_(name of limited liability company)_

hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served.  The name and address of the agent is:

David J. Richards
<br>_(Name of Agent)_

7964 Holyrood Ct
<br>_(Street)_      NOTE: P.O. Box Addresses are NOT acceptable.

Dublin      Ohio      43017
<br>_(City)_      _(State)_      _(Zip Code)_

Must be authenticated by an authorized representative

_Gloria J Richards_
<br>Authorized Representative      Date

Authorized Representative      Date

## ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

DelRio Family Partnership, LLC
<br>_(name of limited liability company)_

hereby acknowledges and accepts the appointment of agent for said limited liability Company.

_David J Richards_
<br>_(Agent's signature)_

**PLEASE SIGN PAGE (3) AND SUBMIT COMPLETED DOCUMENT**

533      Page 2 of 3      Last Revised:  May 2002

Doc ID -->    200322000422

---

**Complete the information in this section if box (2) is checked.**

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

_____
(Name)

_____
(Street)              **NOTE: P.O. Box Addresses are NOT acceptable.**

_____
(City)            (State)       (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

_____

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

_____
(Name)

_____
(Street)              **NOTE: P.O. Box Addresses are NOT acceptable.**

_____
(City)         **Ohio**
          (State)     (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
   a.   the agent cannot be found, or
   b.   the limited liability company fails to designate another agent when required to do so, or
   c.   the limited liability company's registration to do business in Ohio expires or is cancelled.

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

*Gloria J Richards*    8/6/03
Authorized Representative    Date

GLORIA J. RICHARDS
(Print Name)

_____   _____
Authorized Representative    Date

_____
(Print Name)

533                  Page 3 of 3               Last Revised: May 2002

Doc ID -->          200332101740

DATE:       DOCUMENT ID   DESCRIPTION                              FILING   EXPED   PENALTY   CERT   COPY
11/17/2003  200332101740  FICTITIOUS NAME/ORIGINAL FILING          50.00    .00     .00       .00    .00
                          (NFO)

## Receipt
This is not a bill. Please do not remit payment.

DELRIO FAMILY PARTNERSHIP LLC
7964 HOLYROOD CT
DUBLIN, OH 43017

# STATE OF OHIO

### Ohio Secretary of State, J. Kenneth Blackwell

**1423050**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**SKYE VENTURES**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s):

**FICTITIOUS NAME/ORIGINAL FILING**                  **200332101740**

Expiration Date:       11/13/2008          DELRIO FAMILY PARTNERSHIP, LLC
                                           7964 HOLYROOD CT
                                           DUBLIN, OH 43017



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 13th day of November,
A.D. 2003.

*J. Kenneth Blackwell*
Ohio Secretary of State

**Doc ID -->**    200332101740



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) | |
|---|---|
| **Mail Form to one of the Following:** | |
| ○ Yes | PO Box 1390<br>Columbus, OH 43216 |
| *** Requires an additional fee of $100** | |
| ☑ No | PO Box 670<br>Columbus, OH 43216 |

# NAME REGISTRATION
*(For Domestic/Foreign Profit or Non-Profit)*
Filing Fee $50.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

***(CHECK ONLY ONE (1) BOX)***

| (1) ☐ Trade Name<br>(167-RNO)<br>Date of first use _____<br>MM/DD/YYYY | (2) ☑ Fictitious Name<br>(169-NFO) | (3) Name Reservation<br>(160-NRO)<br>☐ Original<br>☐ Renewal Registration No. _____ |
|---|---|---|

---

**Complete the information in this section if box (1) or (2) is checked.**

The exact name being registered or reported is          Skye Ventures

### The Registrant is (Check Appropriate Box)

☐ Individual
☐ Limited Partnership: Reg. No. _____

☑ Ohio Limited Liability Co., Reg. No.   1404106
☐ Ohio Corporation, Charter No. _____
☐ General Partnership
☐ Other _____

☐ Foreign Corporation incorporated in
   the state of _____
   holding Ohio license no. _____
☐ Unincorporated Association
☐ Foreign Limited Liability Co. holding
   Ohio Reg. No. _____
   organized in the state of _____

The name of the registrant designated above is

          DelRio Family Partnership, LLC

**NOTE:** Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

   7964 Holyrood Ct
   *(Street)*          NOTE: P.O. Box Addresses are NOT acceptable.

   Dublin                    Franklin               OH                    43017
   *(City)*                  *(County)*             *(State)*             *(Zip Code)*

534                              Page 1 of 2                         Last Revised: May 2002

**Complete the information in this section if box (1) or (2) is checked Cont..**

Complete only if registrant is a general partnership
**NAME OF ALL GENERAL PARTNERS**     **COMPLETE RESIDENTIAL ADDRESSES (including zip code)**

_____     _____

_____     _____

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

_Investments In Start up entities_

**Complete the information in this section if box (3) is checked.**

☐ Please reserve the name listed below. (only one name per form)

☐ Please reserve the first name available in the order of my preference.

I understand that I am not guaranteed the reservation **UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME**

The name reservation is valid for a period of 180 days.

_____
(First Choice)

_____
(Second Choice)

_____
(Third Choice)

_____
(Applicant)                    (Print Name)

_____
(Address)

_____
(City, State and Zip Code)

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
**(See instructions)**

Authorized Representative          Date   11/10/03

Authorized Representative          Date

534                    Page 2 of 2                    Last Revised: May 2002

**Doc ID -->** 200412600426

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 05/05/2004 | 200412600426 | AMEND/ARTICLES-ORGANIZATION/DOM. LLC (LAM) | 50.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

DRFP, LLC D/B/A SKYE VENTURES
DAVE RICHARDS
250 E BROAD ST
COLUMBUS, OH 43215

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, J. Kenneth Blackwell

**1404106**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**DRFP, LLC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **AMEND/ARTICLES-ORGANIZATION/DOM. LLC** | **200412600426** |



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 4th day of May, A.D. 2004.

*J. Kenneth Blackwell*

Ohio Secretary of State

**Doc ID -->** 200412600426



Prescribed by **J. Kenneth Blackwell**

Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| **Mail Form to one of the Following:** |
| ○ Yes | PO Box 1390 Columbus, OH 43216 *** Requires an additional fee of $100 *** |
| ○ No | PO Box 1028 Columbus, OH 43216 |

## Limited Liability Company Certificate of Amendment / Restatement / Correction
### (Domestic or Foreign)
### Filing Fee $50.00

**(CHECK ONLY ONE (1) BOX)**

| (1) Domestic Limited Liability Company | (2) Foreign Limited Liability Company |
|---|---|
| ☑ Amendment (129-LAM) | ☐ Correction (135-LFC) |
| ☐ Restatement (142-LRA) | |
| (Date of Organization) | (Home State)      (Qualifying in Ohio on MM/DD/YY) |

The undersigned authorized representative of  Deino Family Partnership , LLC   1404106
                                                              (Name)                    (Registration Number)

The above stated Limited Liability Company does hereby certify that the undersigned is duly authorized to execute this certificate, and hereby certifies that the above named Limited Liability Company    ☑ Amend   ☐ Restate   ☐ Correct
the following:

Complete the information in this section if box (1) Restatement is checked, all sections below must be completed. If box (1) Amendment or box (2) Correction is checked only complete sections that applies.

**FIRST:** The name of said limited liability company shall be:

DRFP, LLC

(the name must include the words "limited liability company", "limited", "Ltd.", "Ltd", "LLC", or "L.L.C.")

**SECOND: (OPTIONAL)** This limited liability company shall exist for a period of _____

**THIRD:** The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is **(OPTIONAL)** :

_____
(street address)                                   *NOTE: P.O. Box Addresses are NOT acceptable.*

_____     _____   _____
(city, township, or village)                              (state)         (zip code)

☐ Please check if additional provisions attached hereto are incorporated herein and made a part of these articles of organization.

**FOURTH:** Purpose **(OPTIONAL)**

_____
_____
_____

*RECEIVED SECRETARY STATE 2004 JUN 4 PM 3:57 CLIENT SERVICE CENTER*

543                                   Page 1 of 2                        Last Revised: May 2002

**Doc ID -->**     200412600426

---

**Complete the information in this section if box (2) is checked and the Limited Liability Company wants to appoint a statutory agent**

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is:

Richard J. Gerace, CPA

*(Name)*

250 E Broad ST

*(Street)*    NOTE: P.O. Box Addresses are NOT acceptable.

Columbus             Ohio    43215

*(City, village or township)*    *(State)*    *(Zip Code)*

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

    A. the agent cannot be found or,
    B. the limited liability company fails to designate another agent when required to do so, or
    C. the limited liability company's registration to do business in Ohio expires or is cancelled

---

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
**(See Instructions)**

| | |
|---|---|
| _____ | 5/2/2004 |
| Authorized Representative | Date |

(Print Name)

| | |
|---|---|
| _____ | _____ |
| Authorized Representative | Date |

(Print Name)

| | |
|---|---|
| _____ | _____ |
| Authorized Representative | Date |

(Print Name)

543                Page 2 of 2               Last Revised: May 2002

**Doc ID -->**     200602502554

| DATE:<br>01/26/2006 | DOCUMENT ID<br>200602502554 | DESCRIPTION<br>AMEND/ARTICLES-<br>ORGANIZATION/DOM. LLC (LAM) | FILING<br>50.00 | EXPED<br>.00 | PENALTY<br>.00 | CERT<br>.00 | COPY<br>.00 |

### Receipt
This is not a bill. Please do not remit payment.

SKY VENTURES, LLC
ATTN RICK GERACE
250 E BROAD ST STE 600
COLUMBUS, OH 43215

---

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, J. Kenneth Blackwell

**1404106**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**SKYE VENTURES, LLC**

and, that said business records show the filing and recording of:

Document(s)                                              Document No(s):

**AMEND/ARTICLES-ORGANIZATION/DOM. LLC**                 **200602502554**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 18th day of January, A.D.
2006.

*J. Kenneth Blackwell*

Ohio Secretary of State

Page 1

**Doc ID -->**     200602502554



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| ○ Yes   PO Box 1390  Columbus, OH 43216  ** Requires an additional fee of $100 ** |
| ◉ No    PO Box 1028  Columbus, OH 43216 |

## Limited Liability Company Certificate of
## Amendment / Restatement / Correction
*(Domestic or Foreign,*
Filing Fee $50.00

**(CHECK ONLY ONE (1) BOX)**

| (1) Domestic Limited Liability Company | (2) Foreign Limited Liability Company |
|---|---|
| ☑ Amendment (129-LAM) | ☐ Correction   (135-LFC) |
| ☐ Restatement (142-LRA) | |
| 8-7-2003 | (Home State)     (Qualifying in Ohio on MM/DD/YY) |

The undersigned authorized representative of     DRFP, LLC dba Skye Ventures     1488650 / 1404138
                                                 (Name)                       (Registration Number)

The above stated Limited Liability Company does hereby certify that the undersigned is duly authorized to execute this
certificate, and hereby certifies that the above named Limited Liability Company     ☑ Amend   ☐ Restate   ☐ Correct
the following:

| Complete the information in this section if box (1) Restatement is checked, all sections below must be completed. |
| If box (1) Amendment or box (2) Correction is checked only complete sections that applies. |

**FIRST:**   The name of said limited liability company shall be:

Skye Ventures, LLC

(the name must include the words "limited liability company", "limited", "Ltd.", "Ltd", "LLC", or "L.L.C.")

**SECOND: (OPTIONAL)** This limited liability company shall exist for a period of

**THIRD:**   The address to which interested persons may direct requests for copies of any operating agreement and
any bylaws of this limited liability company is (OPTIONAL) :

_____          *NOTE: P.O. Box Addresses are NOT acceptable.*
(street address)

_____   _____   _____
(city, township, or village)                (state)              (zip code)

☐ Please check if additional provisions attached hereto are incorporated herein and made a part of these articles of organization.

**FOURTH:**   Purpose (OPTIONAL)

_____

_____

_____

543                      Page 1 of 2                      Last Revised: May 2002

Doc ID -->     200602502554

---

**Complete the information in this section if box (2) is checked and the Limited Liability Company wants to appoint a statutory agent**

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is:

_____
(Name)

_____     NOTE: P.O. Box Addresses are NOT acceptable.
(Street)

_____     **Ohio**     _____
(City, village or township)          (State)      (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

A. the agent cannot be found or.
B. the limited liability company fails to designate another agent when required to do so, or
C. the limited liability company's registration to do business in Ohio expires or is cancelled

---

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

_____          12/19/2005
Authorized Representative                 Date

Richard J. Gerace, CPA (Agent)
(Print Name)

_____

_____


_____          _____
Authorized Representative                 Date

_____
(Print Name)

_____

_____


_____          _____
Authorized Representative                 Date

_____
(Print Name)

_____

_____

543                    Page 2 of 2                    Last Revised: May 2002