FILED
RICHARD W. NAGEL
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2015 FEB -4  AM 9:31

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

DRFP L.L.C., d/b/a Skye Ventures,

    Plaintiff,

v.

República Bolivariana de Venezuela, *et al.*,

    Defendants.

Case No. 2:04-cv-0793

Judge Sargus

Magistrate Judge Kemp

**DEFENDANTS' MOTION TO COMPEL CRABBE, BROWN & JAMES TO PRODUCE ALLEGEDLY PRIVILEGED GRUPPO TRIAD DOCUMENTS IN ITS POSSESSION AND TO COMPEL GRUPPO TRIAD AND LARA PAVANELLI, THE PRESIDENT OF GRUPPO TRIAD, TO PRODUCE OTHER ALLEGEDLY PRIVILEGED GRUPPO TRIAD DOCUMENTS, AS WELL AS THE MEMORANDUM IN SUPPORT, DECLARATION, AND EXHIBITS FILED UNDER SEAL ON FEBRUARY 3, 2015.**

**FILED UNDER SEAL PURSUANT**
**TO STIPULATION AND PROTECTIVE ORDER**
**[DOC. 327]**

**CONFIDENTIAL, ATTORNEY EYES ONLY AND RESTRICTED**
**ACCESS ACCORDING TO COURT ORDER**

**THIS ENVELOPE, WHICH CONTAINS DOCUMENTS**
**FILED IN THIS CASE IS NOT TO BE OPENED, NOR ARE THE CONTENTS**
**THEREOF TO BE DISPLACED OR REVEALED EXCEPT BY ORDER OF THE**
**COURT OR CONSENT OF THE PARTIES**

Respectfully submitted,

REPÚBLICA BOLIVARIANA DE
VENEZUELA AND VENEZUELAN
MINISTRY OF FINANCE

By its attorneys,

/s/ A.J. Lucas

Albert J. Lucas               (0007676)
Trial Attorney
Jason J. Blake                (0087692)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High St.
Columbus, OH 43215-4243
Telephone: (614) 621-7002
Facsimile: (614) 621-0010
alucas@calfee.com
jblake@calfee.com

Andrew Z. Schwartz, *pro hac vice*
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
aschwartz@foleyhoag.com

Ronald E.M. Goodman, *pro hac vice*
Lawrence H. Martin, *pro hac vice*
FOLEY HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 232-1200
Facsimile: (202) 785-6687
rgoodman@foleyhoag.com
lmartin@foleyhoag.com

Dated: February 4, 2015