UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DRFP L.L.C., d/b/a SKYE VENTURES,**
    Plaintiff,

vs.

    **NOTICE**
    **Case Number C2-04-793**
    **Chief Judge Edmund A. Sargus, Jr.**
    Magistrate Judge Terence P. Kemp

**REPUBLICA BOLIVARIANA DE VENEZUELA, ET AL.,**
    Defendants.

**[ X ]  TAKE NOTICE** that the **TELEPHONE STATUS CONFERENCE** in the above entitled action set at   **2:00 PM**   on **October 9, 2015**  has been RESCHEDULED for

# 9:30 A.M.

**Friday,  OCTOBER  9,  2015**

    **EDMUND A. SARGUS, JR.**
    **CHIEF UNITED STATES DISTRICT JUDGE**

**Date:** 10/8/2015

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy
    (614) 719-3244