# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DRFP L.L.C., d/b/a Skye Ventures,<br><br>        Plaintiff,<br><br>v.<br><br>República Bolivariana de Venezuela, *et al.*,<br><br>        Defendants. | Case No. 2:04-cv-0793<br><br>Judge Sargus<br><br>Magistrate Judge Kemp<br><br>**NOTICE OF FILING UNDER SEAL** |

Defendants hereby notify the Court and counsel of record that they filed their unredacted Opposition to Crabbe, Brown & James's Motion for Award of Attorney's Fees and Protective Order with this Court under seal on this 21st day of October, 2015. The unredacted opposition was served on counsel for Plaintiff and counsel for Crabbe, Brown & James on October 19, 2015. A copy of the time-stamped cover sheet to the filing is attached hereto as Exhibit A.

        Respectfully submitted,

        REPÚBLICA BOLIVARIANA DE
        VENEZUELA AND VENEZUELAN
        MINISTRY OF FINANCE

        By its attorneys,

        /s/ *Albert J. Lucas*
        Albert J. Lucas    (0007676)
        Trial Attorney
        Jason J. Blake    (0087692)
        CALFEE, HALTER & GRISWOLD LLP
        The Huntington Center
        41 South High Street, Suite 1200
        Columbus, OH 43215-4243
        Telephone: (614) 621-7002
        Facsimile: (614) 621-0010

alucas@calfee.com; jblake@calfee.com

Andrew Z. Schwartz, *pro hac vice*
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:  (617) 832-1155
Facsimile:  (617) 832-7000
aschwartz@foleyhoag.com

Ronald E.M. Goodman, *pro hac vice*
Lawrence H. Martin, *pro hac vice*
FOLEY HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 232-1200
Facsimile:  (202) 785-6687
rgoodman@foleyhoag.com
lmartin@foleyhoag.com

Dated:  October 21, 2015

## **CERTIFICATE OF SERVICE**

A copy of the foregoing will be delivered to all parties via the Court's electronic filing system this 21st day of October, 2015.

      /s/ *Albert J. Lucas*
      One of the Attorneys for Defendant