UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DRFP L.L.C., d/b/a Skye Ventures, | Case No. 2:04-cv-00793 |
| Plaintiff, | Judge Sargus |
| v. | Magistrate Judge Kemp |
| República Bolivariana de Venezuela, *et al.*, | |
| Defendants. | |

**DEFENDANTS' OPPOSITION TO CRABBE, BROWN & JAMES' MOTION
FOR AWARD OF ATTORNEYS' FEES AND
PROTECTIVE ORDER WITH EXHIBITS**

**FILED UNDER SEAL PURSUANT
TO D.E. 631**

**CONFIDENTIAL, ATTORNEY EYES ONLY AND RESTRICTED
ACCESS ACCORDING TO COURT ORDER**

**THIS ENVELOPE, WHICH CONTAINS DOCUMENT
FILED IN THIS CASE
IS NOT TO BE OPENED, NOR ARE THE CONTENTS THEREOF TO BE
DISPLACED OR REVEALED EXCEPT BY ORDER OF THE COURT
OR CONSENT OF THE PARTIES**

1

Respectfully submitted,

REPÚBLICA BOLIVARIANA DE
VENEZUELA AND VENEZUELAN
MINISTRY OF FINANCE

By its attorneys,

_____
Albert J. Lucas (0007676)
Trial Attorney
Jason J. Blake (0087692)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, OH 43215-4243
Telephone: (614) 621-7002
Facsimile: (614) 621-0010
alucas@calfee.com
jblake@calfee.com

Andrew Z. Schwartz, *pro hac vice*
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
aschwartz@foleyhoag.com

Ronald E.M. Goodman, *pro hac vice*
Lawrence H. Martin, *pro hac vice*
FOLEY HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 232-1200
Facsimile: (202) 785-6687
rgoodman@foleyhoag.com
lmartin@foleyhoag.com

Dated: October 21, 2015