(Official Form 1) (9/01)

## United States Bankruptcy Court
### Southern District of Ohio

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Richards, David J. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>f/d/b/a Dave Richards Management;<br>f/d/b/a D & G Management | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**02 64 901** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7084 Holyrood Ct.<br>Dublin, OH 43016 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**JUDGE CALDWELL** |
| County of Residence or of the<br>Principal Place of Business: **Franklin** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s)  ☐ Railroad | | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation  ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☑ Partnership  ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☑ Consumer/Non-Business   ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | *** Myron N. Terlecky 0918828 *** |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | Michael D. Webb Cl.<br>U.S. Bankruptcy Cou.<br>Columbus, Ohio<br>NOV 14 2002<br>FILED |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

1-1



Richards/Skye
EXHIBIT 7
Date: 12.22.14

(Official Form 1) (9/01)

FORM B1, Page 2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Richards, David |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: -None- | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: -None- | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Signature_
Signature of Debtor David J. Richards

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_11/08/02_
Date

X _____
Signature of Attorney for Debtor(s)
Myron N. Terlecky 0016828
Printed Name of Attorney for Debtor(s)
Strip Fargo Hoppers & Lebhart
Firm Name
575 S. Third St
Columbus, OH 43215
Address
614-228-6345 Fax: 614-228-6369
Telephone Number
11-8-02
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Signature_         11/8/02
Signature of Attorney for Debtor(s)      Date
Myron N. Terlecky

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**United States Bankruptcy Court**
Southern District of Ohio

In re   **David J. Richards**

Debtor(s)

Case No.   **02-64901**
Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $-36,325.00 | **Business Operations**<br>**Dave Richards—Management Consulting 2000** |
| $-329,647.00 | **Business Operations—Dave Richards—Management Consulting 2001** |
| $54,500.00 | **DGlor Management, LLC-2002** |
| $30,600.00 | **D & G Management, Inc.--2002** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, or profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $9,609.00 | **Interest Income for 2000** |

Best Case Bankruptcy

2

| AMOUNT | SOURCE |
|---|---|
| $2,665.00 | Dividends—2000 |
| $3,000.00 | Capital Gains—2000 |
| $206.00 | Other Income—2000 |
| $7,681.00 | Interest Income—2001 |
| $731.00 | Dividend—2001 |
| $-1,500.00 | Capital Loss—2001 |
| $-10,080.00 | Other Loss—2001 |
| $-5,854.00 | Rental Real Estate—2001 |

### 3. Payments to creditors

**None** ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■ b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Customized Organizational Solutions vs. Preventive Imaging Technologies, Inc, Case No. 01 CVH-09-9399 | Breach of Contract and Counterclaim | Franklin County Common Pleas Court | Pending |
| Tomko vs. Preventive Imaging Technologies, Inc Case No. 01 CVF 09-9402 | Breach of Contract | Franklin County Common Pleas Court | Pending |
| Huntington National Bank vs. Preventive Imaging Technologies, Inc., et al, Case No. 02 CVH 04-3978 | Cognovit Judgment | Franklin County Common Pleas | Pending |
| Huntington National Bank vs. McDonald Company Securities, Inc., et al. Case No. 02CVH-05-5804 | Third Party Complaint Indemnification and Contribution | Franklin County Common Pleas Court | Pending |

3

None ☐   **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Huntington Bank** | | Garnishment of Account at Ameritrade on 6-8-02 $21,639.24 |

      **5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

      **6. Assignments and receiverships**

None ■   **a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

      **7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **3 Sons** | **Sons** | **1-4-02** | **Contribution to College Funds—$5,000 to each son** |

      **8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Myron N. Terlecky, Esq.<br>575 South Third St.<br>Columbus, OH 43215 | April 24, 2002 | $10,000 from Gloria Richards |

### 10. Other transfers

None ☐    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| David Houze<br>935 E. Broad St.<br>Columbus, OH 43205 | 11/23/01 | $30,000 for 25% interest in GUBS, Inc. |
| Calumat, Ltd.<br>c/o David Houze<br>935 East Broad St.<br>Columbus, OH 43205 | 03-02 | 1/3 interest in Sun Group, Inc., for approximately 2% of PET Imaging of Ohio, LLC |

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| JD Partnership, LLC | 31-1278599 | C/O John Kennedy 500 S. Front St., #1200 Columbus, OH 43215 | Real Estate Investments 10% | |
| DGLOR Management, LLC | | Gloria Richards 6974 Holyrood Ct. Dublin, OH 43016 | Management Consulting 5% Ownership Interest | |
| Additional Information | | | Additional Information to be provided on ownership of business at Meeting of Creditors | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

Best Case Bankruptcy

7

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                   DOLLAR AMOUNT OF INVENTORY
                                                                   (Specify cost, market or other basis)

DATE OF INVENTORY              INVENTORY SUPERVISOR

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS
DATE OF INVENTORY

### 21. Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                   NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP
NAME AND ADDRESS                    TITLE

### 22. Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                            ADDRESS                            DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE              DATE OF TERMINATION

### 23. Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                      DATE AND PURPOSE               AMOUNT OF MONEY
OF RECIPIENT,                       OF WITHDRAWAL                  OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                             VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

8

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  12/20/02

Signature _____

David J. Richards
Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**United States Bankruptcy Court**
Southern District of Ohio

In re   David J. Richards

Debtor

Case No. ___02-64901___

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 269,411.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 57,621.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,850,872.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,300.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 15,124.05 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 269,411.50 | | |
| Total Liabilities | | | | 1,908,493.42 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                              Case No. ___02-64901_____
_____
                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

(Report also on Summary of Schedules)

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   David J. Richards                                    Case No.   02-64901

                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Huntington National Bank, D & G**  Acct. No. 03895619121 | J | 1.00 |
| | | **National City**  Acct. No. 869503077 | J | 1.00 |
| | | **Ameritrade Accocunt** | - | 78.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator** | J | 162.50 |
| | | **Beds and bedding** | J | 112.50 |
| | | **Miscellaneous Household Goods** | - | 6,250.50 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art Collection—Individually Owned—$2,150.00**  **Art Collection—Jointly Owned—$9,850.00** | H | 12,000.00 |
| 6.  Wearing apparel. | | **Clothes—No One Item in Excess of $200.00** | H | 1,000.00 |
| 7.  Furs and jewelry. | | **Wedding Ring and Watch** | - | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **2 Cameras, Golf Clubs and exercise equipment** | - | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 20,405.50 |

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                                    Case No.    02-84901

                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k)–Rollover from 401(k) ERISA Based Plan | - | 78,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Less Than 2% in Pet Imaging of Ohio, Inc. | - | 1.00 |
| | | 10% interest in JD Partnership, LLC | H | Unknown |
| | | 5% interest in DGLORR Management, LLC | H | Unknown |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | Thomas Piolata | - | 8,000.00 |
| | | Gil Gradisar | - | 165,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Grantor of David John Richards Revocable Trust Dated 5-18-94; Grantor of David J. Richards Irrevocable Trust dated 5-18-94; Beneficiary of Gloria Richards Revocable Trust dated 5-18-94 | H | 1.00 |

|  | Sub-Total > | 249,002.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards             Case No.    02-64901

                                Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Carole W. Tomko and Customized Organizational Solutions | - | 1.00 |
| | | Claims against Huntington National Bank | - | 1.00 |
| | | Claims against McDonald & Company Securities, Inc. | H | 1.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Leased Lexus | - | 1.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

                                             Sub-Total >      4.00
(Total of this page)     Total >    269,411.50

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                                                  Case No.  02-84901

                                                    Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☑ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                           been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                           period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                           is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** Cash | R.C. § 2329.66(A)(4)(a) Ohio Rev. Code Ann. § 2329.66(A)(18) | 400.00 400.00 | 1,000.00 |
| **Household Goods and Furnishings** Refrigerator | Ohio Rev. Code Ann. § 2329.66(A)(3) | 162.50 | 162.50 |
| Beds and bedding | Ohio Rev. Code Ann. § 2329.66(A)(3) | 112.50 | 112.50 |
| Miscellaneous Household Goods | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) | 2,000.00 | 5,250.50 |
| **Wearing Apparel** Clothes—No One Item in Excess of $200.00 | Ohio Rev. Code Ann. § 2329.66(A)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** Wedding Ring and Watch | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** 401(k)—Rollover from 401(k) ERISA Based Plan | R.C. § 2329.66(A)(17) | 76,000.00 | 76,000.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                              Case No,  **02-64901**

_____
                           Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Leased Lexus | | | | | |
| Chase Bank Automotive Finance P.O. Box 15594 Wilmington, DE 19886 | | | | | | | | | | |
| | | | | | Value $       48,670.00 | | | | 57,621.00 | 10,951.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 57,621.00 | |
| | | | | | Total (Report on Summary of Schedules) | | | | 57,621.00 | |

 **0**   continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    David J. Richards                                Case No.    **02-54901**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re   David J. Richards                                    Case No. ___02-54901___
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 | X | - | | X | X | X | |
| | | | | | | | 25,000.00 |
| Account No. | | | W. Irl Reasoner<br>Habash, Reasoner & Frasier LLP<br>471 E. Broad St., #800<br>Columbus, OH 43215 | | | | |
| Representing:<br>Carole W. Tomko | | | | | | | |
| Account No. | | | Business Debt | | | | |
| Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 | X | - | | X | X | X | |
| | | | | | | | 25,000.00 |
| Account No. | | | W. Irl Reasoner<br>Habash, Reasoner & Frasier LLP<br>471 E. Broad St., #800<br>Columbus, OH 43215 | | | | |
| Representing:<br>Customized Organizational Solutions | | | | | | | |
| | | | | Subtotal<br>(Total of this page) | | | 50,000.00 |

__2__ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        S/N:26822  Best Case Bankruptcy

In re    David J. Richards

Case No. __02-54901__

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | O | | | | | |
| Account No.<br><br>DVI Financial Services<br>P.O. Box 952297<br>Saint Louis, MO 63195 | | - | | | | | | | 1.00 |
| Account No.<br><br>Representing:<br>DVI Financial Services | | | | | Frederick Luper<br>Luper Neidenthal & Logan<br>50 W. Broad St., #1200<br>Columbus, OH 43215 | | | | |
| Account No.<br><br>Fifth Third Bank<br>P.O. Box 630778<br>Cincinnati, OH | | - | | | | | | | 1.00 |
| Account No.<br><br>Frederick L. Ransier, Esq.<br>Chapter 7 Trustee for Florida<br>Heart-Sara<br>P.O. Box 1008<br>Columbus, OH 43216 | | - | | | Business Debt | X | X | X | 1.00 |
| Account No.<br><br>Huntington National Bank<br>C/O Jodi Michelle Oster<br>41 S. High St. HC1032<br>Columbus, OH 43216 | X | - | | | $1,508,867.42 plus costs & interest from 3/13/02 | | | | 1,778,867.42 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,779,870.42

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   David J. Richards                                                                Case No.   02-64901

                                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>JD Partnership, LLC<br>c/o John P. Kennedy, Esq.<br>500 S. Front St., #1200<br>Columbus, OH 43215 | X | - | Real Property Lease | | | | 1.00 |
| Account No.<br><br>MBNA America<br>P.O. Box 15019<br>Wilmington, DE 19886 | | - | | | | | 6,000.00 |
| Account No.<br><br>Michael T. Gunner, Esq.<br>Chapter 7 Trustee for Florida<br>Heart-Orla<br>3535 Fishinger Blvd., #220<br>Hilliard, OH 43026 | | - | Business Debt | | | | 0.00 |
| Account No.<br><br>Robert J. Behal, Esq.<br>Connor & Behal LLP<br>501 S. High St.<br>Columbus, OH 43215 | | - | Legal Fees | | X | X | 15,000.00 |
| Account No.<br><br>Sara J. Daneman, Esq.<br>Chapter 7 Trustee for Ohio<br>Heart-Akron<br>62 E. Mill St.<br>Gahanna, OH 43230 | | - | Business Debt | | X | X | 1.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 21,002.00 |
| Total<br>(Report on Summary of Schedules) | 1,850,872.42 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

☑ 024/087                                                                      11/20/2014 11:24 FAX

In re    David J. Richards                                                          Case No. ___02-64901___
                                              Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| JD Partnership, LLC<br>C/O John P. Kennedy, Esq.<br>500 S. Front St., #1200<br>Columbus, OH 43215 | Lease for real estate at 6974 Holyrood Ct. |
| Chase Automotive Finance<br>P.O. Box 15594<br>Wilmington, DE 19886 | Lease on Lexus |

___0___   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                     Case No.   __02-64901__

                                   Debtor

## SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Preventive Imaging Technologies, Inc.<br>C/O Reg Martin, Receiver<br>P.O. Box 273<br>Westerville, OH 43086 | Huntington National Bank<br>C/O Jodi Michelle Oster<br>41 S. High St. HC1032<br>Columbus, OH 43216 |
| Preventive Imaging Technologies, Inc.<br>C/O Ohio Heart, LLC<br>765 N. Hamilton Rd., #103<br>Columbus, OH 43230 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| Ohio Heart–Akron, LLC<br>C/O Sara J. Daneman, Chapter 7 Trustee<br>62 Mill St.<br>Gahanna, OH 43230 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| Florida Heart, LLC<br>3872 Oakwater Circle<br>Orlando, FL 32806 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| Florida Heart–Orlando, LLC<br>C/O Michael T. Gunner, Chapter 7 Trustee<br>3535 Fishinger Blvd. #220<br>Hilliard, OH 43026 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| Florida Heart-Sarasota, LLC<br>C/O Frederick Ransier, Chapter 7 Trustee<br>P.O. Box 1008<br>Columbus, OH 43216 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| HeartNet, Inc.<br>765 N. Hamilton Rd.<br>Gahanna, OH 43230 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| HeartNet II, LLC<br>765 N. Hamilton Rd.<br>Gahanna, OH 43230 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| HeartNet III, LLC<br>765 N. Hamilton Rd.<br>Gahanna, OH 43203 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |
| Maryland Heart, LLC<br>C/O Reg Martin, Receiver<br>P.O. Box 273<br>Westerville, OH 43086 | Carole W. Tomko<br>324 E. North Broadway<br>Columbus, OH 43214 |

  __1__    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  David J. Richards                                    Case No.  02-64801
                                     Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Preventive Imaging Technologies, Inc.<br>C/O Ohio Heart, LLC<br>765 N. Hamilton Rd., #103<br>Gahanna, OH 43230 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Ohio Heart-Akron, LLC<br>C/O Sara J. Daneman, Chapter 7 Trustee<br>62 Mill St.<br>Gahanna, OH 43230 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Florida Heart, LLC<br>3872 Oakwater Circle<br>Orlando, FL 32806 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Florida Heart-Orlando, LLC<br>C/O Michael T. Gunner, Chapter 7 Trustee<br>3535 Fishinger Blvd., #220<br>Hilliard, OH 43026 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Florida Heart-Sarasota, LLC<br>C/O Frederick Ransier, Chapter 7 Trustee<br>P.O. Box 1008<br>Columbus, OH 43216 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| HeartNet, Inc.<br>765 N. Hamilton Rd.<br>Gahanna, OH 43203 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| HeartNet II, LLC<br>765 N. Hamilton Rd.<br>Gahanna, OH 43230 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| HeartNet III, LLC<br>765 N. Hamilton Rd.<br>Gahanna, OH 43230 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Maryland Heart, LLC<br>C/O Reg Martin, Receiver<br>P.O. Box 273<br>Westerville, OH 43086 | Customized Organizational Solutions<br>85 E. Gay St., #300<br>Columbus, OH 43215 |
| Gloria Richards<br>7964 Holyrood Ct.<br>Dublin, OH 43017 | JD Partnership, LLC |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    David J. Richards                                          Case No. ___02-64901___
                                                _____
                                                    Debtor

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Gloria | | Son |
| | Daniel Scott | 14 | Son |
| | Adam Paul | 18 | Son |
| | David Vincent | 21 | Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Management | |
| Name of Employer | DGlorr Management, LLC | |
| How long employed | 3-1-02 | |
| Address of Employer | 7964 Holyrood Ct. Dublin, OH 43016-0000 | |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify)_____ | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 9,300.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N/A |
| _____ | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ | $ 0.00 | $ N/A |
| _____ | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 9,300.00 | $ N/A |

TOTAL COMBINED MONTHLY INCOME    $    9,300.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **David J. Richards**                                              Case No.   **02-54901**
_____
                          Debtor

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . | $  3,250.00 |
| Are real estate taxes included?          Yes_____   No____X____ | |
| Is property insurance included?          Yes_____   No____X____ | |
| Utilities: Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  378.00 |
|    Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  196.00 |
|    Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  82.50 |
|    Other      **Cable** . . . . . . . . . . . . . . . . | $  65.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  300.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  1,600.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  150.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  100.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  130.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . | $  117.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|    Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  227.00 |
|    Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  0.00 |
|    Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  430.00 |
|    Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  140.00 |
|    Other_____ | $  0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify)    **Real Estate**_____ . . . . . . . . | $  2,042.05 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|    Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  738.00 |
|    Other_____ . . . . . . . . | $  0.00 |
|    Other_____ . . . . . . . . | $  0.00 |
|    Other_____ . . . . . . . . | $  0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . | $  0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . | $  1,388.50 |
| Other____**Bank Exp. 18.50; Business Exp. 1,000; Children Expn 350**_____ . . . . . . . . | $  3,650.00 |
| Other____**College Tuition & School Expenses**_____ | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . | $  15,124.05 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   N/A |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   N/A |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   N/A |
| D. Total amount to be paid into plan each _____ . . . . . . . | $   N/A |
|                                            (interval) | |

### United States Bankruptcy Court
#### Southern District of Ohio

In re   David J. Richards

Debtor(s)

Case No.   02-64901
Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____12/20/02_____

Signature _____
David J. Richards
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                    :

                                          :     Case No. 02-64901
RICHARDS, DAVID J.                        :     Chapter 7 (Judge Caldwell)
                                          :     SSN:  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
            Debtor(s).                    :

## AMENDMENT TO SCHEDULE J

The Debtor(s) amends the following attached Bankruptcy Schedule:

Schedule J

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
(614) 228-6345
(614) 228-6369—FAX
Attorney for Debtor(s)

I, David J. Richards, certifies under penalty of perjury that I have read the foregoing

Amendment and that it is true and correct to the best of our knowledge, information and belief.

Debtor                                    Date: 11/10/03

In re    David J. Richards                                      Case No.    02-64901

                                                    Debtor

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . $ | 3,250.00 |
| Are real estate taxes included?        Yes_____   No____X____ | |
| Is property insurance included?        Yes_____   No____X____ | |
| Utilities: Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 423.00 |
|       Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 196.00 |
|       Telephone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 210.00 |
|       Other____Cable_____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 65.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,723.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 245.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 100.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 280.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 240.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . $ | 117.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 227.00 |
|       Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 123.00 |
|       Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|       Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 230.00 |
|       Other_____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify)____Real Estate_____ . . . . . . . . $ | 1,320.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|       Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 738.00 |
|       Other_____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|       Other_____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|       Other_____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Alimony, maintenance, and support paid to others  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . $ | 0.00 |
| Other____Bank Exp. 18.50; Business Exp. 1,000; Children Expn 350_____ . . . . . . . . $ | 1,368.50 |
| Other____College Tuition & School Expenses_____ . . . . . . . . $ | 3,650.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . . $ | 14,905.50 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | N/A |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | N/A |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | N/A |
| D. Total amount to be paid into plan each _____ . . . . . . . $ | N/A |
| (interval) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Schedules was been served upon the parties listed below, by regular U. S. mail, postage prepaid, this ___ day of January, 2003.

Respectfully submitted,

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart
McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369

PARTIES SERVED:

Office of the U.S. Trustee
170 N. High St., #200
Columbus, OH 43215

Elizabeth H. Doucet, Esq.
895 S. High St.
Columbus, OH 43206

Jody Michelle Oster, Esq.
Huntington National Bank
41 S. High St., HC0523
Columbus, OH 43215

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

2003 APR - 1 PM 12: 53

MICHAEL D. WEBB, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

In re: :

RICHARDS, DAVID J.

Debtor(s).

:
:  Case No. 02-64901
:  Chapter 7 (Judge Caldwell)
:  SSN: 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
:

## AMENDMENT TO SCHEDULES

The Debtor(s) amends bankruptcy Schedule F to add the following creditor(s):

| Name & Address | Consideration for Claim | Amount of Claim | |
|---|---|---|---|
| Amer, Jerry<br>8256 Markhaven Dr.<br>Columbus, OH 43235 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Amer, Jerry<br>8256 Markhave Dr.<br>Columbus, OH 43235 | Investory in Ohio Heart, LLC | Unknown | Unliquidated |
| Anderson, Craig<br>2370 Onandaga Dr.<br>Columbus, OH 43221 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Anderson, Doug<br>8483 Torwoodlee Ct.<br>Dublin, OH 43017 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Antolino, Ralph Jr.<br>2727 Canterbury Rd.<br>Columbus, OH 43221 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Beardman, Karen<br>4900 Bay Grove Court<br>Groveport, OH 43017 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Beldon, John<br>289 Tanglewood S.W.<br>North Canton, OH 44720 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |

1

| Name & Address | Consideration for Claim | Amount of Claim | |
|---|---|---|---|
| Bell, Robert H. MD<br>3975 Embassy Parkway<br>Akron, OH 44333 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Blankenship, Tom<br>7374 Ridge Rd.<br>Sarasota, FL 34238 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Canfora, Phillip H.<br>524 W. Park Ave.<br>Barberton, OH 44203 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Cardi, Jack<br>77 Olentangy St.<br>Columbus, OH 43202 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Cseplo, William<br>6012 Glenfinnan Ct.<br>Dublin, OH 43017 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Fleishman, Bruce<br>1166 Dublin Rd., #100<br>Columbus, OH 43215 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Henn, Jerry<br>6624 Hollis Blvd.<br>Hudson, OH 44236 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Hults, Richard MD<br>2239 Enterprise Dr.<br>Twinsburg, OH 44087 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Kovalcik, Matt<br>79 Acton Rd.<br>Columbus, OH 43214 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Lach, Barbara<br>4881 Shackelford Ct.<br>Columbus, OH 43220 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Lamkin, Bill<br>1150 Millcreek Ct.<br>Columbus, OH 43220 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |

2

| Name & Address | Consideration for Claim | Amount of Claim | |
|---|---|---|---|
| Lamkin, William<br>1150 Millcreek Ct.<br>Columbus, OH 43220 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Lehner, Thomas S. MD<br>524 W. Park Ave.<br>Barberton, OH 44203 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Mazza, Bruce<br>3831 Twin Creeks Dr.<br>Columbus, OH 43204 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Mosley, Wayne<br>17759 Blazing Star Dr.<br>Strongsville, OH 44136 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Myers, Steve<br>53 Aurora St.<br>Hudson, OH 44236 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Ohio Heart & HeartNet, Inc.<br>C/O John Kennedy<br>500 S. Front St.<br>Columbus, OH 43216 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Rourke, Michael<br>3542 Plesenton Drive S.<br>Worthington, OH 43085 | Investor in Ohio Hearth, LLC | Unknown | Unliquidated |
| Russell, Jeff<br>8232 North Thornham Cir.<br>Canton, OH 44720 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Satrang, Harrison<br>1363 Lorrell Dr.<br>North Canton, OH 44720 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Shaw, Bruce<br>1054 Lodge Dr.<br>Sarasota, FL 34239 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Simpson, Jeff<br>6096 Holywell Dr.<br>Dublin, OH 43017 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |

3

| Name & Address | Consideration for Claim | Amount of Claim | |
|---|---|---|---|
| Whery, Paul<br>20 W. North St.<br>Worthington, OH 43085 | Investor in Preventive Imaging Tech. | Unknown | Unliquidated |
| Yashon, David Dr.<br>500 Columbia Pl.<br>Columbus, OH 423209 | Investor in Ohio Heart-Akron | Unknown | Unliquidated |
| Yashon, David Dr.<br>500 Columbia Pl.<br>Columbus, OH 423209 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| Zid, Mike & Suzanne<br>2750 Alliston Ct.<br>Columbus, OH 43220 | Investor in Ohio Heart, LLC | Unknown | Unliquidated |
| McDonald & Company<br>Securities, Inc.<br>C/O Albert J. Lucas<br>Calfee, Halter & Griswold, LLP<br>21 East State St., #1650<br>Columbus, OH 43215 | Claims arising out of litigation w/Huntington Bank<br>Franklin County Common Pleas Ct.<br>Case No. 02-CVH05-5804 | $1.00 | Disputed |

I, David J. Richards, certify under penalty of perjury that I have read the foregoing

Amendment and that it is true and correct to the best of my knowledge, information and belief.

Date: 3/25/2003

David J. Richards

4

Respectfully submitted,

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart
McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Attorney for Debtor

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Schedules, and the attached Notice of Commencement of Bankruptcy Case was served upon the parties listed below and on the attached matrix by regular U. S. mail, postage prepaid, this _____ day of March, 2003.

Respectfully submitted,

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart
McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369

PARTIES SERVED:

Office of the U.S. Trustee
170 N. High St., #200
Columbus, OH 43215

Elizabeth H. Doucet, Esq.
895 S. High St.
Columbus, OH 43206

Jody Michelle Oster, Esq.
Huntington National Bank
41 S. High St., HC0523
Columbus, OH 43215

5

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(9/97)　　　　　　Case Number: 02 - 64901

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/12/02.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
David J Richards
dba
    Dave Richards Management
    D & G Management

7964 Holyrood Ct
Dublin, OH 43016

| Case Number: | Case Assigned To: | Social Security/Taxpayer ID Nos.: |
|---|---|---|
| 02 - 64901 | Judge Charles M Caldwell | 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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Myron N Terlecky<br>575 S Third St<br>Columbus, OH 43215<br>Telephone number: 614-228-6345 | Susan Rhiel<br>392 E Town St<br>Columbus, OH 43215<br>Telephone number: 614-221-4670 |

| Date: December 17, 2002 | Time: 04:00 pm | Location: Suite 204<br>U.S. Bankruptcy Building<br>170 North High Street<br>Columbus, OH 43215 |
|---|---|---|

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
02/18/03

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>United States Bankruptcy Court<br>Southern District of Ohio<br>170 North High Street<br>Columbus, OH 43215-2414<br><br>Telephone number: 614-469-6638 | Clerk of the Bankruptcy Court:<br><br>Michael D Webb |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 11/14/02 |