IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DRFP, LLC,                            :

    Plaintiff,                    :

  v.                                : Case No. 2:04-cv-793

The Republica Bolivariana de
Venezuela, et al.,                    : CHIEF JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Kemp
    Defendants.                   :

ORDER

    Now before the Court is the expedited motion of Defendants República Bolivariana de Venezuela and the Venezuelan Ministry of Finance (collectively, "Venezuela") to stay Magistrate Judge Kemp's February 9, 2016 Opinion and Order awarding $46,059.06 in fees to Venospa, LLC and attorney Pierce Cunningham for responding to two non-party document subpoenas. Venezuela seeks to stay the fee award within the Opinion and Order until after this Court has resolved Venezuela's pending objections to and request for consideration of the Opinion and Order and until the close of trial. Upon consideration of the papers submitted to the Court, the Court has decided that Venezuela's motion (Doc. 763) should be GRANTED.

    IT IS THEREFORE ORDERED that the fee award within the February 9, 2016 Opinion and Order is stayed until after this Court resolves Venezuela's pending objections to and request for reconsideration of that Opinion and Order and until the close of trial.

    **IT IS SO ORDERED.**

                                              /s/ Terence P. Kemp
                                              United States Magistrate Judge